UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| **SUPERIOR HOME MORTGAGE, LLC, f/k/a B&H FINANCE, LLC; and ROGER SWAIM, INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF SUPERIOR HOME MORTGAGE, LLC,** | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 1:19-cv-01056-STA-jay<br>**JURY DEMAND** |
| **TERRI FESMIRE SADLER MARBURY,** an individual, **DAVID MARBURY,** an individual, **JENNIFER AZBILL HALL,** an individual, **BILLY HALL,** an individual, **B&H INVESTMENTS, INC.,** a dissolved company; **BENJAMIN L. VARGASON, SR.,** an individual, **SHONDA VARGASON,** an individual, **GREAT AMERICAN SPORT, LLC,** an administratively dissolved company, **BANCORPSOUTH BANK,** a corporation, and **JOHN DOES A, B, & C,** individuals, and **JANE DOES A, B, & C,** individuals, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING UNOPPOSED MOTION TO VACATE
THE SCHEDULING ORDER**

Before the Court is BancorpSouth Bank's Unopposed Motion to Vacate the Scheduling Order, or in the Alternative, to Set a Status Conference to Revise the Scheduling Order. (ECF No. 100.) For good cause shown and in light of the lack of opposition, the Motion to Vacate is **GRANTED**. The deadlines as laid out in the Scheduling Order (ECF No. 56) are hereby vacated. The parties shall contact the Court following the completion of the trial in *United States of America*

*v. Hall et al.*, 1:19-cr-10143 (W.D. Tenn.) to set a status conference to re-set the pre-trial deadlines in the Scheduling Order and the trial-related deadlines previously removed from the calendar in the Court's Order Granting Vargason's Motion to Stay (ECF No. 93).

    **IT IS SO ORDERED.**

                                         **s/ S. Thomas Anderson**
                                         S. THOMAS ANDERSON
                                         CHIEF UNITED STATES DISTRICT JUDGE

                                         Date: October 7, 2020