IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**SUPERIOR HOME MORTGAGE, LLC, f/k/a
B& H FINANCE, LLC; and ROGER SWAIM,
INDIVIDUALLY AND IN HIS CAPACITY AS
PRESIDENT OF SUPERIOR HOME
MORTGAGE, LLC,**

    Plaintiffs,

v.                                                  No. 1:19-cv-01056-STA-jay

**TERRI FESMIRE SADLER MARBURY,
an individual, DAVID MARBURY,
an individual,
JENNIFER AZBILL HALL, an individual,
BILLY HALL, an individual,
B&H INVESTMENTS, INC.,
a dissolved company;
BENJAMIN L. VARGASON, SR.,
an individual,
SHONDA VARGASON, an individual,
GREAT AMERICAN SPORT, LLC,
an administratively dissolved company,
BANCORPSOUTH BANK, a corporation, and
JOHN DOES A, B, & C, individuals, and
JANE DOES A, B, & C, individuals,**

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION
## ON DAMAGES AGAINST DEFENDANT JENNIZER AZBILL HALL

On February 12, 2020, the Court granted Plaintiffs' motion for default judgment against Defendant Jennifer Azbill Hall.  The Court then referred the matter to the United States Magistrate Judge for a hearing and determination as to what amount of damages should be awarded to

Plaintiffs against Defendant Jennifer Azbill Hall.  In that order, the Court noted that any objections to the Magistrate Judge's order must be made within fourteen days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections and that failure to timely assign as error a defect in the Magistrate Judge's order would constitute a waiver of that objection.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a).

On October 22, 2020, after a hearing, the Magistrate Judge issued a report and recommendation (ECF No. 102) in which he recommended that damages be entered on Plaintiffs' claims against Defendant Jennifer Azbill Hall in the amount of $2,777,731.71.  Defendant Hall has not filed any timely objections to the report.  Accordingly, the report and recommendation is hereby **ADOPTED** in its entirety.

**IT IS SO ORDERED.**

                                                **s/ S. Thomas Anderson**
                                                S. THOMAS ANDERSON
                                                CHIEF UNITED STATES DISTRICT JUDGE

                                                Date:  November 13, 2020